**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES R. JENKINS,**

        **Plaintiff,**

-vs-                                    Case No. 6:08-cv-1885-Orl-31GJK

**ASSOCIATED PARTNERSHIP, LTD.,**
**INC.,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on Joint Motion for Approval of Settlement and Motion for dismissal with Prejudice (Doc. No. 41) filed October 21, 2009.

On January 5, 2010, the United States Magistrate Judge issued a report (Doc. No. 44) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Joint Motion for Approval of Settlement and Motion for dismissal with Prejudice is GRANTED, the Settlement Agreement is approved and this case is DISMISSED, with prejudice. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 25th day of January, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE